JS-6

**United States District Court
Central District of California**

| | |
|---|---|
| JONATHAN BARAHONA, et al., | |
| Plaintiff, | |
| v. | Case No. CV 2:21-cv-06519-VAP-JEMx |
| FCA US LLC et al | **ORDER OF DISMISSAL** |
| Defendants. | |

The Court having been advised by counsel for the parties that the above-entitled action has settled,

IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement. All pending dates are hereby vacated.

Dated:  March 15, 2022

VIRGINIA A. PHILLIPS
United States District Judge